Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-982

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

      **Title of Work:** BAD HAIR DAY

## Completion/Publication

      **Year of Completion:** 2018
      **Date of 1st Publication:** July 13, 2018
      **Nation of 1ˢᵗ Publication:** Nigeria

## Author

      •     **Author:** Princess Karibo
      **Author Created:** 2-D artwork
      **Citizen of:** Nigeria

## Copyright Claimant

      **Copyright Claimant:** Princess Karibo
      No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

      **Organization Name:** Law Offices of John R. Mugno
      **Name:** John Robert Mugno
      **Email:** johnmugno@aol.com
      **Telephone:** (212)925-3474
      **Address:** 233 Broadway - Suite 2348
      New York, NY 10279 United States

## Certification

      **Name:** John R. Mugno

**Date:** October 19, 2021

---

**Copyright Office notes:** Regarding author information: Author's name appears on copy as Kay.

Title of Work: Bad Hair Day
Year of Completion: 2018
Date of 1st Publication: July 13, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-672

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | BANTU |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 26, 2018 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| • **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

**Date:**    October 19, 2021

Title of Work: Bantu
Year of Completion: 2018
Date of 1st Publication: June 26, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-274-661**

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title

**Title of Work:** BUBBLEGUM

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 09, 2019
**Nation of 1st Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

**Date:**   October 19, 2021

Title of Work: Bubblegum
Year of Completion: 2019
Date of 1st Publication: January 09, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-658

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

**Title of Work:** DRINK

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 09, 2019
**Nation of 1ˢᵗ Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

Date:    October 19, 2021

Title of Work: Drink
Year of Completion: 2019
Date of 1st Publication: January 09, 2019



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-677

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

|  |  |
|---|---|
| **Title of Work:** | ELECTRIC |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 08, 2017 |
| **Nation of 1st Publication:** | Nigeria |

## Author

|  |  |
|---|---|
| • **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
|  | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
|  | New York, NY 10279 United States |

## Certification

|  |  |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

Date:    October 19, 2021

Title of Work: Electric
Year of Completion: 2017
Date of 1st Publication: August 08, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-274-670**

**Effective Date of Registration:**
October 19, 2021

**Registration Decision Date:**
November 08, 2021

---

## Title

**Title of Work:** FOREST LEAVE

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 12, 2017
**Nation of 1st Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

**Date:**    October 19, 2021

Title of Work: Forest Leave
Year of Completion: 2017
Date of 1st Publication: September 12, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-678

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

Title of Work: GARDEN

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: August 28, 2018
Nation of 1st Publication: Nigeria

## Author

- Author: Princess Karibo
  Author Created: 2-D artwork
  Citizen of: Nigeria

## Copyright Claimant

Copyright Claimant: Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name: John R. Mugno

**Date:** October 19, 2021

Title of Work: Garden
Year of Completion: 2018
Date of 1st Publication: August 28, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-666

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

Title of Work: GOLD

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: April 26, 2018
Nation of 1st Publication: Nigeria

## Author

- Author: Princess Karibo
  Author Created: 2-D artwork
  Citizen of: Nigeria

## Copyright Claimant

Copyright Claimant: Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

Name: John R. Mugno

Page 1 of 2

**Date:** October 19, 2021

Title of Work: Gold
Year of Completion: 2018
Date of 1st Publication: April 26, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-648

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

**Title of Work:** HAIR UP

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 06, 2018
**Nation of 1st Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

**Date:** October 19, 2021

Title of Work: Hair Up
Year of Completion: 2018
Date of 1st Publication: June 06, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-650

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title

| | |
|---|---|
| **Title of Work:** | HONEY POP |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 20, 2019 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| • **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

**Date:**   October 19, 2021

Title of Work: Honey Pop
Year of Completion: 2019
Date of 1st Publication: June 20, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-653

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | HOOPS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 15, 2019 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| • **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

**Date:**    October 19, 2021

Title of Work: Hoops
Year of Completion: 2019
Date of 1st Publication: April 15, 2019



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-654

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title

| | |
|---|---|
| Title of Work: | LEMONADE |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | November 20, 2017 |
| Nation of 1st Publication: | Nigeria |

## Author

| | |
|---|---|
| • Author: | Princess Karibo |
| Author Created: | 2-D artwork |
| Citizen of: | Nigeria |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Law Offices of John R. Mugno |
| Name: | John Robert Mugno |
| Email: | johnmugno@aol.com |
| Telephone: | (212)925-3474 |
| Address: | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| Name: | John R. Mugno |

**Date:**   October 19, 2021

Title of Work: Lemonade
Year of Completion: 2017
Date of 1st Publication: November 20, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
# VA 2-274-656

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title
_____

**Title of Work:** LIPGLOSS

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** August 03, 2019
**Nation of 1st Publication:** Nigeria

## Author
_____

- **Author:** Princess Karibo
**Author Created:** 2-D artwork
**Citizen of:** Nigeria

## Copyright Claimant
_____

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions
_____

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification
_____

**Name:** John R. Mugno

Page 1 of 2

Date:    October 19, 2021

Title of Work: Lipgloss
Year of Completion: 2019
Date of 1st Publication: August 03, 2019



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-983

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

## Title

**Title of Work:** LOLLIPOP

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 26, 2017
**Nation of 1st Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

Page 1 of 2

**Date:**   October 19, 2021

**Copyright Office notes:**   Regarding author information: Author's name appears on copy as Kay.

Title of Work: Lollipop
Year of Completion: 2017
Date of 1st Publication: July 26, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-967

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title
_____

Title of Work: MILKSHAKE

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: June 28, 2018
Nation of 1st Publication: Nigeria

## Author
_____

- Author: Princess Karibo
  Author Created: 2-D artwork
  Citizen of: Nigeria

## Copyright Claimant
_____

Copyright Claimant: Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions
_____

Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification
_____

Name: John R. Mugno

Page 1 of 2

Date: October 19, 2021

Title of Work: Milkshake
Year of Completion: 2018
Date of 1st Publication: June 28, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-989

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | MUSIC |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | August 23, 2018 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| • **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

**Date:** October 19, 2021

**Copyright Office notes:** Regarding author information: Author's name appears on copy as Kay.

Title of Work: Music
Year of Completion: 2018
Date of 1st Publication: August 23, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-973

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | POETIC |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 23, 2018 |
| **Nation of 1ˢᵗ Publication:** | Nigeria |

## Author

| | |
|---|---|
| **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Page 1 of 2

**Date:** October 19, 2021

Title of Work: Poetic
Year of Completion: 2018
Date of 1st Publication: February 23, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-974

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

        **Title of Work:**    SIN

## Completion/Publication

        **Year of Completion:**    2017
    **Date of 1st Publication:**    July 17, 2017
  **Nation of 1st Publication:**    Nigeria

## Author

    •       **Author:**    Princess Karibo
    **Author Created:**    2-D artwork
       **Citizen of:**    Nigeria

## Copyright Claimant

    **Copyright Claimant:**    Princess Karibo
    No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

    **Organization Name:**    Law Offices of John R. Mugno
          **Name:**    John Robert Mugno
         **Email:**    johnmugno@aol.com
    **Telephone:**    (212)925-3474
      **Address:**    233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

      **Name:**    John R. Mugno

Page 1 of 2

**Date:** October 19, 2021

---

**Copyright Office notes:** Regarding author information: Author's name appears on copy as Princess Kay.

Title of Work: Sin
Year of Completion: 2017
Date of 1st Publication: July 17, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-676

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title

| | |
|---|---|
| **Title of Work:** | SUNBATHING SOCIETY |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 14, 2018 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| **• Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo |
| | No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348 |
| | New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Date:    October 19, 2021

Title of Work: Sunbathing Society
Year of Completion: 2018
Date of 1st Publication: May 14, 2018



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-979

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

**Title of Work:** WINK

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 27, 2018
**Nation of 1ˢᵗ Publication:** Nigeria

## Author

- **Author:** Princess Karibo
  **Author Created:** 2-D artwork
  **Citizen of:** Nigeria

## Copyright Claimant

**Copyright Claimant:** Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

**Organization Name:** Law Offices of John R. Mugno
**Name:** John Robert Mugno
**Email:** johnmugno@aol.com
**Telephone:** (212)925-3474
**Address:** 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification

**Name:** John R. Mugno

**Date:** October 19, 2021

**Copyright Office notes:** Regarding author information: Author's name appears on copy as Kay.

Title of Work: Wink
Year of Completion: 2018
Date of 1st Publication: January 27, 2018

