IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PRINCESS KARIBO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00239

Judge John Robert Blakey

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 111 | Super Star XN |
| 56 | Mimiclub1993 |
| 112 | ZYFANG |
| 106 | RENSHI |
| 107 | SHome Love |
| 84 | baokuangde changp |
| 57 | Qi Ao |
| 115 | Richview Heat Transfer |
| 11 | Jinyuanwe |
| 18 | Zhengyuan Co., Ltd |
| 96 | QI PU Shop |
| 97 | JJIJIAN SHOP |
| 98 | HUAIYUAN SHOP |
| 99 | CPCOOL |

| | |
|---|---|
| 103 | BOTXRQX Sticker |
| 105 | TOP WORLD SHOP |
| 90 | Beautiful Story of Lily |
| 74 | Funtoys |
| 23 | LUOXI STORE |

DATED: March 12, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 12, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt