# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PRINCESS KARIBO, | |
| Plaintiff, | Case No.: 1:24-cv-00239 |
| v. | Judge John Robert Blakey |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday May 8, 2024, at 11:00 a.m., Plaintiff, by Plaintiff's counsel, shall appear in-person in Courtroom 1203 before the Honorable Judge John Robert Blakey of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in First Amended Schedule A.

DATED: April 25, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois, 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified and provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.